# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Cowan,<br><br>          Plaintiff,<br><br>v.<br><br>Credit Protection Association,<br><br>          Defendant. | No. CV-15-01404-PHX-DLR<br><br>**ORDER** |

The Court, having reviewed the parties' Stipulation for Dismissal with prejudice, (Doc. 17), and for good cause shown,

**IT IS ORDERED** that this case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate this matter.

Dated this 10th day of November, 2015.

_____
Douglas L. Rayes
United States District Judge